**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00355-CV

_____

### IN RE AMIR FRANCISCO GOLABBAKHSH, Relator

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
245th District Court
Harris County, Texas
Trial Court Cause No. 2011-63847**

---

## M E M O R A N D U M   O P I N I O N

On April 13, 2012, relator Amir Francisco Golabbakhsh filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In his petition, relator complains that respondent, the Honorable Roy Moore, presiding judge of the 245th District Court of Harris County, abused his discretion in a March 16, 2012, order by placing restrictions on the release of medical records of the real party in interest, Narjes Modarresi.

Mandamus is an extraordinary remedy that will issue only if (1) the trial court clearly abused its discretion and (2) the party requesting mandamus relief has no adequate

remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004). We determine the adequacy of an appellate remedy by balancing the benefits of mandamus review against its detriments. *Id.* at 136.

A trial court abuses its discretion if it reaches a decision so arbitrary and unreasonable as to amount to a clear and prejudicial error of law, or if it clearly fails to analyze or apply the law correctly. *In re Cerberus Capital Mgmt., L.P.*, 164 S.W.3d 379, 382 (Tex. 2005). When reviewing the trial court's decision for an abuse of discretion, we may not substitute our judgment for that of the trial court with respect to the resolution of factual issues or matters committed to the trial court's discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992).

Relator has not established that the trial court abused its discretion. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.